In the Matter of the Transfer Tax upon the Estate of GEORGE P. WETMORE.

STATE TAX COMMISSION, Appellant; EDITH M. K. WETMORE et al., as Executrices, Respondents.

*Tax — transfer tax — non-resident decedent — dower properly deducted from New York real estate in assessing transfer tax.*

*Matter of Wetmore*, 206 App. Div. 614, affirmed.

(Argued November 19, 1923; decided December 4, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered March 23, 1923, which unanimously affirmed an order of the New York County Surrogate's Court deducting dower from the value of the testator's New York real estate in assessing a transfer tax upon his estate.

*A. Welles Stump* and *Charles A. Curtin* for appellant.

*William E. Carnochan* for respondents.

Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, Crane and Andrews, JJ. Not voting: McLaughlin, J.